# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW GROSS, III,** | : | **CIVIL NO. 1:17-CV-1610** |
| Petitioner | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **WARDEN, USP-CANAAN,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 1st day of October, 2018, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner Andrew Gross ("petitioner") challenged his continued confinement by the Bureau of Prisons ("BOP"), and sought to be released to a Residential Re-entry Center in Detroit, Michigan, and upon further consideration of respondent's suggestion of mootness indicating that petitioner was released from BOP custody on June 26, 2018, see (Doc. 11; Doc. 11-1, BOP Online Detainee Locator System results[1]), which renders the petition moot, see DeFoy v. McCullough, 393 F.3d 439, 441 (3d Cir. 2005) (citing Lane v. Williams, 455 U.S. 624, 631 (1982)) ("[A] petition for habeas corpus relief generally becomes moot when a prisoner is released from custody before the court has addressed the merits of the petition."); Khodara Envtl., Inc. ex rel. Eagle

---

[1] Upon entering petitioner's register number, 28240-039, into the Federal Bureau of Prisons online inmate locator system, https://www.bop.gov/inmateloc/, his status was returned as follows:

Offender Name: Andrew Gross
Released On: 06/26/2018

Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.
2. The Clerk of Court is directed to CLOSE this case.

    /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania